John G. Plain, Plaintiff-Appellant, v. Ruth R. Plain and Wm. Walsh, Defendants-Appellees.

Gen. No. 65–136.

Second District.

April 18, 1966.

James E. Cheatham, of Aurora, for appellant; Reid, Ochsenschlager, Murphy & Hupp, of Aurora, for appellees. Opinion by PRESIDING JUSTICE MORAN. **Not to be published in full.**